IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL A. JENKINS,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4005

Opinion filed January 20, 2016.

Amended Petition for Belated Appeal -- Original Jurisdiction.

Michael A. Jenkins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  The petition seeking a belated appeal of the order granting in part, and denying in part, defendant's amended motion for postconviction relief, rendered on December 3, 2014, in Duval County Circuit Court case number 2008-CF-009451-CXXX-MA, is

granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

WETHERELL, MAKAR, and WINOKUR, JJ., CONCUR.